UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL INSURANCE COMPANY, et al.,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>HEXCEL CORPORATION,<br><br>　　　　Defendant. | Case No.: 4:12-cv-05352-YGR<br><br>**ORDER REGARDING STIPULATED REQUEST TO CHANGE TIME FOR HEARING AND INITIAL CASE MANAGEMENT CONFERENCE** |

　　The parties have filed a Stipulated Request for Order Changing Time for Hearing and Initial Case Management Conference. (Dkt. No. 26.)

　　The Court hereby **CONTINUES** the hearing currently scheduled for February 26, 2013 to March 5, 2013 at 2:00 p.m. The Court also **CONTINUES** the Initial Case Management Conference from March 4, 2013 to April 22, 2013 at 2:00 p.m.

　　This Order terminates Dkt. No. 26.

　　**IT IS SO ORDERED**.

Dated: February 11, 2013

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**